DANIEL G. BOGDEN
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada State Bar No. 11573
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: krystal.rosse@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAL NEMZER, ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> LORETTA LYNCH, U.S. Attorney General, *et al.* ) <br> ) <br>       Defendants. ) <br> ) | Case No. 2:15-cv-01404-GMN-PAL |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Kathleen A. Connolly to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.  Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Ms. Connolly is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, an agency of the federal government, and is a member in good standing of the state bar of the District of Columbia (No. 989085).

The following contact information is provided to the Court:

> Kathleen A. Connolly
> Trial Attorney
> U.S. Department of Justice, Civil Division
> Office of Immigration Litigation
> District Court Section
> P.O. Box 868, Ben Franklin Station
> Washington, D.C. 20044
> Phone: (202) 305-8627
> Facsimile: (202) 305-8781
> Email: Kathleen.A.Connolly@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Kathleen A. Connolly to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 15th day of October 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Krystal J. Rosse*
KRYSTAL J. ROSSE
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: December 4, 2015

**PROOF OF SERVICE**

I, Krystal J. Rosse, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

**Electronic Case Filing**:

Seth Reszko
atharilaw@earthlink.net, sethreszko@atharilaw.com

*Attorney for Plaintiff.*

Dated this 15th day of October 2015.

*/s/ Krystal J. Rosse*
KRYSTAL J. ROSSE
Assistant United States Attorney

3