# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAL NEMZER,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LORETTA LYNCH, U.S. Attorney General, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01404-GMN-PAL<br><br>**ORDER** |

　　　Pending before the Court is Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 9).  Plaintiff has filed a Notice of Non-Opposition (ECF No. 12) to the motion and consents to dismissal of the case.  Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 9) is **GRANTED** and this case is dismissed.

　　　The Clerk shall enter judgment accordingly and close the case.

　　　**DATED** this __7__ day of December, 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Judge